BUCHALTER
A Professional Corporation
STEVEN M. SPECTOR (SBN: 51623)
OREN BITAN (SBN: 251056)
MICHAEL J. WORTH (SBN: 291817)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email:  sspector@buchalter.com
            obitan@buchalter.com
            mworth@buchalter.com

Attorneys for Plaintiff
8TH WONDER PICTURES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8TH WONDER PICTURES, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>    vs.<br><br>LOCK THE DOOR, LLC, a California limited liability company; CLEAR HORIZON ENTERTAINMENT LLC, a Wyoming limited liability company; DAVID RAYMOND BROWN a/k/a DAVID BROWN and a/k/a DAVID BROWN LEVY; and JULIAN RAYMOND a/k/a JULES RAYMOND,<br><br>          Defendants. | Case No.: 2:21-cv-02463-DSF-JEM<br><br>Hon. Judge Dale S. Fischer<br><br>**AMENDED STIPULATION RE: DISMISSAL WITH PREJUDICE** |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**WHEREAS,** Plaintiff 8th Wonder Pictures, LLC ("8th Wonder"), and Defendants Lock the Door, LLC ("LTD"), Clear Horizon Entertainment LLC ("Clear Horizon"), David Raymond Brown ("Brown"), and Julian Raymond ("Raymond") (collectively, "Defendants") have entered into a Confidential Settlement Agreement, conditionally resolving this action, and pursuant to the terms of the Confidential Settlement Agreement, Plaintiff and Defendants enter into the following Stipulation:

8th Wonder and Defendants, by and through their undersigned attorneys, hereby stipulate to dismiss with prejudice 8th Wonder's claims in the above-captioned action against defendant Raymond. Pursuant to Federal Rules of Civil Procedure 41, 8th Wonder and Defendants request an Order of the Court (proposed Order submitted concurrently herewith) that dismisses all of 8th Wonder's claims, with prejudice, against defendant Raymond.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 14, 2021

BUCHALTER
A Professional Corporation


By:   */s/ Oren Bitan*
          STEVEN M. SPECTOR
          OREN BITAN
          MICHAEL J. WORTH
          Attorneys for Plaintiff
          8TH WONDER PICTURES, LLC

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**AMENDED STIPULATION RE: DISMISSAL
WITH PREJUDICE**

Case No.:  2:21-cv-02463-DSF-JEM

1

DATED: May 14, 2021

2

LAVELY & SINGER
Professional Corporation

3

4

By:  /s/ David B. Jonelis

5

DAVID B. JONELIS
Attorneys for Defendants
LOCK THE DOOR, LLC, CLEAR
HORIZON ENTERTAINMENT LLC,
DAVID RAYMOND BROWN, and
JULIAN RAYMOND

6

7

8

9

L.R. 5-4.3.4(a)(2)(i) Certification:

10

*All other signatories listed, and on whose behalf the filing is submitted, concur in the*

11

*filing's content and have authorized the filing.*

12

13

By:  /s/ Oren Bitan

14

OREN BITAN

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**AMENDED STIPULATION RE: DISMISSAL
WITH PREJUDICE**

Case No.:  2:21-cv-02463-DSF-JEM