# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8ᵀᴴ WONDER PICTURES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LOCK THE DOOR, LLC, a California limited liability company; CLEAR HORIZON ENTERTAINMENT LLC, a Wyoming limited liability company; DAVID RAYMOND BROWN a/k/a DAVID BROWN and a/k/a DAVID BROWN LEVY; and JULIAN RAYMOND a/k/a JULES RAYMOND,<br><br>Defendants. | Case No.: 2:21-cv-02463-DSF-JEMx<br><br>Hon. Judge Dale S. Fischer<br><br>**AMENDED [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

# ORDER

This matter came before the Court on Stipulation filed by Plaintiff 8th Wonder Pictures, LLC ("8th Wonder"), and Defendants Lock the Door, LLC ("LTD"), Clear Horizon Entertainment LLC ("Clear Horizon"), David Raymond Brown ("Brown"), and Julian Raymond ("Raymond") (collectively, "Defendants"). After considering the Stipulation, and for good cause appearing, the Court hereby **DISMISSES** 8th Wonder's claims against defendant Raymond, with prejudice.

Nothing in this Order shall limit the terms of the Parties' Confidential Settlement Agreement or otherwise impair the performance or enforcement of the terms of the Parties' Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE