# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8TH WONDER PICTURES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LOCK THE DOOR, LLC, a California limited liability company; CLEAR HORIZON ENTERTAINMENT LLC, a Wyoming limited liability company; DAVID RAYMOND BROWN a/k/a DAVID BROWN and a/k/a DAVID BROWN LEVY; and JULIAN RAYMOND a/k/a JULES RAYMOND,<br><br>Defendants. | Case No.: 2:21-cv-02463-DSF-JEM<br><br>**STIPULATED JUDGMENT BY CONSENT AS TO LOCK THE DOOR, LLC AND CLEAR HORIZON ENTERTAINMENT LLC** |

After considering the Stipulation of Plaintiff 8th Wonder Pictures, LLC, on the one hand, and Defendants Lock the Door, LLC and Clear Horizon Entertainment LLC (collectively, "Defendants"), on the other hand (collectively, the "Parties"), and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. That judgment be entered in this action in favor of 8th Wonder Pictures, LLC against Lock the Door, LLC and Clear Horizon Entertainment LLC, jointly and severally, for $3,250,000.00 pursuant to the Parties' settlement of this action.

2. That the Parties shall be subject to the jurisdiction of this Court, and this Court shall retain jurisdiction over this action, in connection with any matter relating to or arising out of the enforcement of the Parties' settlement in this action and the terms of this Judgment.

3. This Judgment shall be final for all purposes. Pursuant to Defendants' waiver in the Stipulation for Entry of this Judgment, Defendants, and each of them, shall not be permitted to an appeal or any other review of this Judgment, including findings of fact or conclusions of law, or any other rights and remedies that Defendants, and each of them, may now or at any time hereafter have to attack this Judgment.

IT IS SO ORDERED.

DATED: February 24, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE