BUCHALTER
A Professional Corporation
STEVEN M. SPECTOR (SBN: 51623)
MICHAEL J. WORTH (SBN: 291817)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Emails:    sspector@buchalter.com
               mworth@buchalter.com

Attorneys for Plaintiff
8TH WONDER PICTURES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8TH WONDER PICTURES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LOCK THE DOOR, LLC, a California limited liability company; CLEAR HORIZON ENTERTAINMENT LLC, a Wyoming limited liability company; DAVID RAYMOND BROWN a/k/a DAVID BROWN and a/k/a DAVID BROWN LEVY; and JULIAN RAYMOND a/k/a JULES RAYMOND,<br><br>Defendants. | Case No.:  2:21-cv-02463-DSF-JEM<br><br>**PLAINTIFF 8TH WONDER PICTURES, LLC'S REPLY TO THE COURT'S CONTINUED ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR LACK OF PROSECUTION AND REQUEST FOR THE COURT TO DISCHARGE THE ORDER TO SHOW CAUSE, OR IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE COURT'S ORDER TO SHOW CAUSE**<br><br>*[Filed Concurrently with Declaration of Steven M. Spector]*<br><br>OSC Hearing<br>Date:      June 5, 2023<br>Time:      11:00 A.M.<br>Ctrm.:     7D<br>Judge:     Honorable Dale S. Fischer<br><br>Complaint Filed:  March 19, 2021 |

BN 76794228v1                                                    1
BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**8TH WONDER PICTURES, LLC'S REPLY TO THE COURT'S ORDER TO**          Case No.: 2:21-cv-02463-DSF-JEM
**SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

**TO THE HONORABLE DALE S. FISCHER, UNITED STATES DISTRICT JUDGE:**

Plaintiff 8th Wonder Pictures, LLC ("Plaintiff") submits this Reply to the Court's Continued Order to Show Cause Regarding Dismissal for Lack of Prosecution ("OSC") (Dkt. 46).

## I.   **INTRODUCTION**

This action arises out of the default by Defendant Lock the Door, LLC ("LTD") on a $3,000,000 secured loan Plaintiff provided to LTD pursuant to a Loan and Security Agreement and Promissory Note to fund the production of a motion picture entitled *The Coll3cted* ("Motion Picture"). The defaults are set forth in the Complaint (Dkt. 1), resulting in Plaintiff's filing suit and seeking an order from the Court appointing a receiver so that Plaintiff might receive the benefit of and protect its collateral: the "half-completed" Motion Picture. Defendants failed to respond to the Complaint, and the parties entered into a Confidential Settlement Agreement, which included, among other things, the stipulated appointment of a receiver ("Receiver") over LTD's assets (primarily, the Motion Picture), pending the completion or other disposition of the Motion Picture. The Receiver was to maximize the value of the Motion Picture and distribute the proceeds obtained to LTD's creditors.

As reported to the Court in Plaintiff's prior Reply to the OSC, Plaintiff and Receiver determined that there were two primary assets of LTD which were able to be administered by the Receiver for the benefit of the parties entitled thereto: (1) those certain film location income tax credits from the State of Georgia for the Motion Picture ("Tax Credits"), and (2) the rights to the Motion Picture and the rights to *The Collector* motion picture franchise (collectively, the "Rights"). Pursuant to the Court's approval, the Receiver successfully obtained the Tax Credits, sold the Tax Credits and distributed the proceeds thereof (Dkt. 39).

As a result, the Receiver has since focused on monetizing the Rights. In February 2023, Plaintiff entered into a Claims Resolution Agreement with defendants David Raymond Brown a.k.a. David Brown a.k.a. David Brown Levy ("Brown"), Lock the Door, LLC ("Lock the Door"), and Clear Horizon Entertainment LLC ("Clear Horizon") (collectively, "Defendants"), which resulted in Defendants stipulating to entries of judgment against each of them in favor of Plaintiff. (Declaration of Steven Spector ("Spector Decl."), ¶ 3.)

## II.   REPLY TO THE COURT'S CONTINUED ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO PROSECUTE

On February 24, 2023, the Court entered a Stipulated Judgment by Consent against Defendants Lock the Door and Clear Horizon (Dkt. 48). Spector Decl., ¶ 4.) On May 18, 2023, the Court entered a Stipulated Judgment by Consent against Defendant Brown (Dkt. 51.) Pursuant to Plaintiff's settlements with each of the Defendants, and the Court's entry of judgments against each of the Defendants, on May 19, 2023, the Court issued an In Chambers Order terminating this action (*see* Dkt. 52). (*Id.*)

The assets of Lock the Door remain in receivership pursuant to the Stipulated Order for Appointment of Permanent Receiver (*see* Dkt. 20.) (*Id.*, ¶ 5.) The Receiver has informed counsel for Plaintiff that the receivership is winding up and that, as one of his final tasks as the Receiver, he is working to monetize one of the assets of the receivership, namely, the Rights. (*Id.*, ¶ 6.) Indeed, the Receiver reports that a party with industry experience has been in contact with the Receiver respecting the purchase of the Rights. (*Id.*) The interested party has commenced due diligence respecting the purchase of the Rights and the Receiver and his staff have been in communications with the interested party. (*Id.*) The interested party has engaged counsel and counsel has also communicated with counsel for Plaintiff. (*Id.*) The Receiver expects the interested party will determine to move forward with a purchase

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 76794228v1                                   3

8TH WONDER PICTURES, LLC'S REPLY TO THE COURT'S ORDER TO          Case No.: 2:21-cv-02463-DSF-JEM
SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

(or not) within 30 days. (*Id.*)

The Receiver has informed counsel for Plaintiff that the receivership is winding up and that, once the disposition of the Rights has been resolved, he intends to file the Receiver's closing motion, which he anticipates filing within the next 60 days to discharge the Receiver, terminate the receivership, and for other relief. (*Id.*, ¶ 7.)

## III.   PLAINTIFF REQUESTS THAT THE COURT DISCHARGE THE OSC, OR, IN THE ALTERNATIVE, CONTINUE IT BY 90 DAYS

As the Court has entered judgments for Plaintiff against all Defendants in this matter, and the Receiver has indicated that the receivership is winding up and will be coming to a close shortly, Plaintiff believes that the OSC should be discharged and taken off calendar, as this action no longer requires prosecution and the Receiver is in the process of concluding the receivership. (Spector Decl., ¶ 8.) Alternatively, to the extent that the Court believes it is necessary or appropriate to keep the existing OSC on calendar, Plaintiff respectfully requests that the Court continue the OSC by at least 120 days (*i.e.*, to October 9, 2023), or to a date soon thereafter that is convenient to the Court's calendar. (*Id.*, ¶ 9.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**8TH WONDER PICTURES, LLC'S REPLY TO THE COURT'S ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**          Case No.: 2:21-cv-02463-DSF-JEM

## IV.    <u>CONCLUSION</u>

Based upon the foregoing, Plaintiff respectfully requests that the Court discharge the OSC and take it off calendar. In the alternative, Plaintiff respectfully requests that the Court continue the hearing on the OSC by at least 120 days (*i.e.*, to October 9, 2023), to a date soon thereafter that is convenient to the Court's calendar, with a response to be filed seven (7) days prior.

DATED:  May 26, 2023

BUCHALTER
A Professional Corporation

By: _____
STEVEN M. SPECTOR
MICHAEL J. WORTH
Attorneys for Plaintiff
8TH WONDER PICTURES, LLC

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 76794228v1

5

**8TH WONDER PICTURES, LLC'S REPLY TO THE COURT'S ORDER TO
SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Case No.: 2:21-cv-02463-DSF-JEM

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California 90017-2457.

On the date set forth below, I served the foregoing document described as **PLAINTIFF 8TH WONDER PICTURES, LLC'S REPLY TO THE COURT'S CONTINUED ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR LACK OF PROSECUTION AND REQUEST FOR THE COURT TO DISCHARGE THE ORDER TO SHOW CAUSE, OR IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE COURT'S ORDER TO SHOW CAUSE  DISMISSAL FOR LACK OF PROSECUTION AND REQUEST FOR THE COURT TO DISCHARGE THE ORDER TO SHOW CAUSE, OR IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE COURT'S ORDER TO SHOW CAUSE** on all other parties and/or their attorney(s) of record as follows:

| | |
|---|---|
| Lock the Door, LLC<br>c/o David Raymond Brown<br>3940 Laurel Canyon Blvd., #1413<br>Studio City, CA 91604<br>Telephone: (818) 235-9873<br>Email:<br>Moviedavid1@gmail.com | Defendant |
| Clear Horizon Entertainment, LLC<br>c/o David Raymond Brown<br>3940 Laurel Canyon Blvd., #1413<br>Studio City, CA 91604<br>Telephone: (818) 235-9873<br>Email: Moviedavid1@gmail.com | Defendant |
| David Raymond Brown<br>3940 Laurel Canyon Blvd. #1413<br>Studio City, CA 91604  Telephone:<br>(818) 235-9873 Email:<br>Moviedavid1@gmail.com | Defendant |
| Joel B. Weinberg<br>c/o Insolvency Services Group, Inc.<br>1875 Century Park East, Suite 2100<br>Telephone: (310) 385-0006<br>Email:  jweinberg@usisg.com | Court-Appointed<br>Receiver |

**BY EMAIL:** On **May 26, 2023**, I personally served from my electronic address dbodkin@buchalter.com, in "PDF" format, the document(s) described above, with attachments, to the individuals stated above to their known email/electronic addresses as shown above. The transmission was reported as complete and without error.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 76801007V1

CERTIFICATE OF SERVICE
CASE NO. 2:21-CV-02463-DSF-JEM

I certify that I am employed in the office of a member of the bar of this court. Executed on **May 26, 2023**, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on **May 26, 2023** at Los Angeles, California.

Debby Bodkin

/s/ Debby Bodkin
(Signature)